IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>VICTOR ZAMORA DURAN,<br><br>            Defendant. | 8:21CR229<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Victor Zamora Duran (Filing No. 19). Thomas O. Campbell has filed an entry of appearance as retained counsel for Victor Zamora Duran. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 19) will be granted.

Yvonne D. Sosa shall forthwith provide Thomas O. Campbell any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Victor Zamora Duran's defense.

The clerk shall provide a copy of this order to Thomas O. Campbell.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge